IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LANNY and KRIS TREASURE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA BUREAU OF INDIAN AFFAIRS, et al.,<br><br>Defendants. | CV-20-75-GF-BMM-JTJ<br><br>**ORDER** |

Plaintiffs filed this action on August 26, 2020 (Doc. 1.) On January 25, 2021, a summons was issued for Defendant, United States of America Bureau of Indian Affairs (BIA). (Doc. 2-1.) To date, Plaintiff has failed to provide the Court with a return of service on the Defendant, BIA. Pursuant to Fed. R. Civ. P. 4(m), which states:

> If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

**IT IS HEREBY ORDERED** that on or before **June 21, 2021**, Plaintiffs shall file with the Court proof of service of summons and complaint on the

Defendant, BIA, or show cause why Defendant, BIA, should not be dismissed from this case, without prejudice.

DATED this 19th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court