UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LANNY AND KRIS TREASURE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA BUREAU OF INDIAN AFFAIRS; ASSINIBOINE and SIOUX TRIBES OF THE FORT PECK INDIAN RESERVATION, DALE GRANDCHAMP; DOUG GRANDCHAMP, and DOES 1-5,<br><br>Defendant. | CV-20-75-GF-BMM<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. This case remains assigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. The Clerk of Court is directed to forthwith notify the parties of the

making of this order.

DATED this 7th day of September, 2021.

_____
Brian Morris, Chief District Judge
United States District Court