# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LANNY and KRIS TREASURE,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA BUREAU OF INDIAN AFFAIRS; DALE GRANDCHAMP; CHRIS FORSNESS, and JOHN DOES 1-5,<br><br>　　　　　　Defendants. | Cause No.: 20-CV-00075-BMM<br><br><br>**ORDER GRANTING UNOPPOSED MOTION TO APPEAR REMOTELY** |

Pursuant to Plaintiffs' Kris and Lanny Treasure's Motion to Appear Remotely, no objection from any party, and for good cause,

IT IS HEREBY ORDERED that Triel D. Culver may appear by Zoom for the Hearing set for Thursday, December 1, 2022 at 11:00 a.m. Triel Culver will contact the Clerk of Court's Office in the Great Falls Division for the Zoom link.

DATED this 30th day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court