IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| LANNY and KRIS TREASURE,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>UNITED STATES of AMERICA BUREAU OF INDIAN AFFAIRS; DALE GRANDCHAMP; CHRIS FORSNESS, and DOES 1 - 5,<br><br>　　　　　Defendants. | CV 20-75-GF-BMM<br><br><br>ORDER |

　　The parties having filed a stipulation to dismiss this case with prejudice following a compromise settlement, and good cause appearing,

　　IT IS ORDERED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is hereby DISMISSED WITH PREJUDICE, each party to bear its costs and fees, if any. The Clerk of Court is directed to CLOSE this matter.

　　DATED this 1st day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court